UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:14-cv-00049-MOC-DLH

| | |
|---|---|
| **ROBYN M. LATHAM-GRAGG,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )  ORDER |
| | ) |
| **NANCY A. BERRYHILL, Acting Commissioner** of Social Security, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Approval and Award of Attorney's Fees. Having considered such motion, and it appearing from the motion that counsel have conferred and that the Commissioner consents to the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Approval and Award of Attorney's Fees (#31) is **ALLOWED**, and in accordance with 42 U.S.C. 406, the Court authorizes a total fee of $12,500.00 to be paid by defendant to counsel for plaintiff from the funds withheld from the award of past-due benefits to plaintiff. Thereafter, counsel for plaintiff shall remit to plaintiff $6,500.00, the amount of the prior payment of attorney's fees under the Equal Access to Justice Act. Counsel for

1

plaintiff is authorized to obtain reimbursement from plaintiff for the $81.00 advanced to her to obtain medical records submitted to the Social Security Administration and Administrative Law Judge in connection with her claim.

Signed: June 7, 2017

Max O. Cogburn Jr.
United States District Judge